UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>Plaintiff,<br><br>v.<br><br>NAPHCARE INCORPORATED, et al.,<br><br>Defendants. | No. 2:24-cv-2446 CKD P<br><br><br><br>ORDER |

On October 2, 2025, the court dismissed plaintiff's complaint with leave to amend. Petitioner sought reconsideration of that order with the district court judge assigned to this case. The request for reconsideration has now been denied. Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the court's October 2, 2024 order, the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The amended complaint must bear the docket number assigned this case and must be labeled "Amended

/////
/////
/////
/////
/////

1

1  Complaint." Failure to file an amended complaint in accordance with this order will result in a
2  recommendation that this action be dismissed.
3  Dated: 02/19/25

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
call2446.eot