UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY, | No. 2:24-cv-2446 DJC CKD P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| NAPHCARE INCORPORATED, et al., | |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se with a civil action. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff's amended complaint is before the court for screening.

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2).

Plaintiff's amended complaint is essentially the same as the original complaint. Plaintiff complains that over 100 defendants have either denied or conspired to deny plaintiff necessary medical care. It appears plaintiff was denied dialysis because he refused to receive dialysis while wearing his "blue denim state" clothing. It appears plaintiff indicated he would only be treated in

1  a hospital gown.

2  As with the original complaint, plaintiff's allegations against all defendants are vague and
3  conclusory.  Plaintiff fails to point to any facts suggesting that any particular defendant violated
4  plaintiff's rights.

5  Further, the court has no reason to conclude that plaintiff has any right under federal law
6  to receive dialysis in a hospital gown as opposed to his prison uniform.  Plaintiff's allegations
7  appear frivolous.  Plaintiff appears to have caused his own injuries by refusing to accept treatment
8  in the clothes he was wearing.

9  For these reasons, plaintiff's amended complaint must be dismissed.  Because the
10 allegations in plaintiff's amended complaint are essentially the same as those in the original
11 despite the fact that the court provided plaintiff with information as to how he might state a claim
12 upon which he could proceed in the amended complaint, granting leave to file a second amended
13 complaint appears futile

14 IT IS HEREBY RECOMMENDED that:

15 1. Plaintiff's amended complaint be dismissed; and

16 2. This case be closed.

17 These findings and recommendations are submitted to the United States District Judge
18 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
19 after being served with these findings and recommendations, plaintiff may file written objections
20 with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
21 and Recommendations."  Plaintiff is advised that failure to file objections within the specified
22 time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153
23 (9th Cir. 1991).

24 Dated:  September 30, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[1] call2446.14(2)

2